UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:11-CR-00170 |
| | ) |
| DEVON S. SMITH | ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **DEVON S. SMITH, DOB: XX/XX/1985; TOMIS 00532696**, in due form and process of law, confined in the custody of the Davidson County Detention Center/CCA, Nashville, Tennessee.

2. Said individual has been charged pursuant to a Superseding Petition for Offender Under Supervision in Case Number 3:11-CR-00170, and is needed for a Revocation Hearing before a United States District Court Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: April 15, 2014

s/Clay T. Lee
Clay T. Lee
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Middle District of Tennessee
Davidson County Detention Center/CCA, Nashville, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **DEVON S. SMITH, DOB: XX/XX/1985; TOMIS 00532696**, now confined in the custody of the Davidson County Detention Center/CCA, Nashville, Tennessee, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee for the purpose of a Revocation Hearing, and, unless otherwise ordered, for all other necessary proceedings in this case.

WITNESS, the Honorable Aleta A. Trauger, United States District Court Judge, Middle District of Tennessee.

DATED:

Aleta A. Trauger
U.S. District Court Judge