# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:11-00170 |
| ) | Judge Trauger |
| DEVON S. SMITH ) | |

## **O R D E R**

A hearing on the Petition to Revoke Supervision (Docket No. 7) was held on May 9, 2014. The parties announced an agreed disposition, which is acceptable to the court.

The defendant pled guilty to both violations set out in the Petition, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve 26 months in custody, with no supervision to follow. This sentence shall run concurrently with the state sentence that the defendant is presently serving, and the court designates the state facility as the location for the beginning of the service of his federal sentence. When he is released to federal custody, the court recommends that he be designated to a facility close to Tucson, Arizona and that he be entered in an alcohol treatment program.

It is so **ORDERED.**

Enter this 9th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge